UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

United States of America,

                              Plaintiff,

    -against-

                                                    Case No. 7:18-mj-4260

Kevin Young

                              Defendant.

----------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                    SO ORDERED.

                                                    Hon. Martin R. Goldberg
                                                   United States Magistrate Judge

Dated: 26th day of August 2022
        Poughkeepsie, New York